1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   AMADITA HERNANDEZ,                    Case No. 1:20-cv-01565-SKO

12              Plaintiff,              **ORDER THAT PLAINTIFF FILE A**
                                        **WRITTEN STATEMENT SHOWING**
13       v.                             **CAUSE WHY CASE SHOULD NOT BE**
                                        **DISMISSED OR THAT PLAINTIFF**
14   KILOLO KIJAKAZI,                   **FILE THE MOTION FOR SUMMARY**
     Acting Commissioner of Social Security,[1]   **JUDGMENT**
15
                Defendant.
16   _____/

17

18       On November 5, 2020, Plaintiff, represented by counsel and proceeding *in forma pauperis*,

19   filed the present action in this Court.  (Doc. 1.)  Plaintiff seeks review of the Commissioner's denial

20   of her application for benefits.  (*Id.*)

21       The Court entered a Scheduling Order on November 3, 2021.  (Doc. 16.)  Pursuant to the

22   Scheduling Order, Plaintiff's motion for summary judgment was due **December 19, 2021**—45 days

23   from entry of the Scheduling Order.  (*See id.*)

24       On December 19, 2021, Plaintiff failed to file and serve her motion for summary judgment

25   with the Court and on opposing counsel, and to date, no motion has been filed and served.  (*See*

26   _____

27   [1] On July 9, 2021, Kilolo Kijakazi was named Acting Commissioner of the Social Security Administration. *See*
     https://www.ssa.gov/history/commissioners.html.  She is therefore substituted as the defendant in this action.  *See* 42
28   U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office
     of the Commissioner shall, in [their] official capacity, be the proper defendant").

Docket.)   Plaintiff is, therefore, ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's Scheduling Order and for want of prosecution. (Doc. 14.)  Alternatively, Plaintiff may file the motion for summary judgment.

Accordingly, it is HEREBY ORDERED that:

1.    By no later than **January 21, 2022,** Plaintiff shall **either**:

    a.    file a written response to this Order showing cause why the Court should not dismiss this action for failure to comply with the Court's order and for want of prosecution; or

    b.    file the motion for summary judgment.

**Failure to respond to this Order to Show Cause will result in a dismissal of this action.**

IT IS SO ORDERED.

Dated:   **January 5, 2022**                          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

2